UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Arturo Santiago

                                    Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( )( )

Defendant ___Arturo Santiago_____ hereby voluntarily consents to participate in the following proceeding via __X_ videoconferencing or X___ teleconferencing:

__X_  Initial Appearance Before a Judicial Officer

____  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____  Bail/Detention Hearing

____  Conference Before a Judicial Officer


___D consented at presentment___
**Defendant's Signature**
(Judge may obtain verbal consent on Record and Sign for Defendant)

_Arturo Santiago____
Print Defendant's Name

__/s/ Donald duBoulay_____
Defendant's Counsel's Signature


_Donald duBoulay_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_5/20/2021____
Date

_____
U.S. District Judge/U.S. Magistrate Judge