```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X
                                     :
UNITED STATES OF AMERICA             :
                                     :
     - v. -                          :   **Affirmation in Support of**
                                     :   **Application for Order of**
                                     :   **Continuance**
                                     :   **21 MJ 5380**
ARTURO SANTIAGO,                     :
                                     :
               Defendant.            :
                                     :
- - - - - - - - - - - - - - - - - - X

State of New York              )
County of New York             ) ss.:
Southern District of New York  )
```

Thomas John Wright, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

1. I am an Assistant United States Attorney in the Office of Audrey Strauss, Acting United States Attorney for the Southern District of New York. I submit this affirmation in support of an application for an order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to 18 U.S.C. § 3161(h)(7)(A).

2. ARTURO SANTIAGO, the defendant, was charged in a complaint dated May 20, 2021, with violating Title 18, United States Code, Sections 922(g), 924(c), and 2, and Title 21, United States Code, Section 846. The defendant was arrested on or about May 20, 2021, and was presented in accordance with Federal Rule of

Criminal Procedure 5 before the Honorable Robert W. Lehrburger, United States Magistrate Judge, in the Southern District of New York on May 20, 2021.  The defendant was ordered detained.

3.   At the initial presentment on May 20, 2021, Donald Duboulay, counsel to the defendant, consented to a waiver of his client's right pursuant to Rule 5.1 of the Federal Rules of Criminal Procedure to a preliminary hearing within 14 days of the initial appearance.  Accordingly, under the Speedy Trial Act, the Government initially has until June 18, 2021, within which to file an indictment or information.

4.   Thereafter, with the consent of Donald Duboulay, counsel to the defendant, the Government requested a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) until July 19, 2021, which the Honorable Ona T. Wang, United States Magistrate Judge for the Southern District of New York, granted.

5.   Thereafter, with the consent of Donald Duboulay, counsel to the defendant, the Government requested a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) until August 18, 2021, which the Honorable Katharine H. Parker, United States Magistrate Judge for the Southern District of New York, granted.

6.   Thereafter, with the consent of Donald Duboulay, counsel to the defendant, the Government requested a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) until September 17, 2021, which the

Honorable Sarah L. Cave, United States Magistrate Judge for the Southern District of New York, granted.

7. Thereafter, with the consent of Donald Duboulay, counsel to the defendant, the Government requested a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) until October 18, 2021, which the Honorable Ona T. Wang, United States Magistrate Judge for the Southern District of New York, granted.

8. Thereafter, with the consent of Donald Duboulay, counsel to the defendant, the Government requested a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) until November 17, 2021, which the Honorable Robert W. Lehrburger, United States Magistrate Judge for the Southern District of New York, granted.

9. Thereafter, with the consent of Donald Duboulay, counsel to the defendant, the Government requested a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) until December 17, 2021, which the Honorable Ona T. Wang, United States Magistrate Judge for the Southern District of New York, granted.

10. Thereafter, with the consent of Donald Duboulay, counsel to the defendant, the Government requested a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) until January 18, 2022, which the Honorable Gabriel W. Gorenstein, United States Magistrate Judge for the Southern District of New York, granted.

11.   Thereafter, with the consent of Donald Duboulay, counsel to the defendant, the Government requested a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) until February 17, 2022, which the Honorable Sarah L. Cave, United States Magistrate Judge for the Southern District of New York, granted.

12.   Thereafter, with the consent of Donald Duboulay, counsel to the defendant, the Government requested a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) until March 21, 2022, which the Honorable Sarah Netburn, United States Magistrate Judge for the Southern District of New York, granted.

13.   Thereafter, with the consent of Donald Duboulay, counsel to the defendant, the Government requested a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) until April 20, 2022, which the Honorable James L. Cott, United States Magistrate Judge for the Southern District of New York, granted.

14.   Thereafter, with the consent of Donald Duboulay, counsel to the defendant, the Government requested a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) until May 20, 2022, which the Honorable Stewart D. Aaron, United States Magistrate Judge for the Southern District of New York, granted.

15.   Thereafter, with the consent of Donald Duboulay, counsel to the defendant, the Government requested a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) until June 21, 2022, which the

Honorable Barbara Moses, United States Magistrate Judge for the Southern District of New York, granted.

16. Thereafter, with the consent of Donald Duboulay, counsel to the defendant, the Government requested a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) until July 21, 2022, which the Honorable Gabriel W. Gorenstein, United States Magistrate Judge for the Southern District of New York, granted.

17. Thereafter, with the consent of Donald Duboulay, counsel to the defendant, the Government requested a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) until August 22, 2022, which the Honorable Ona T. Wang, United States Magistrate Judge for the Southern District of New York, granted.

18. Thereafter, with the consent of Donald Duboulay, counsel to the defendant, the Government requested a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) until September 21, 2022, which the Honorable Sarah L. Cave, United States Magistrate Judge for the Southern District of New York, granted.

19. Thereafter, with the consent of Donald Duboulay, counsel to the defendant, the Government requested a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) until October 21, 2022, which the Honorable Valerie Figueredo, United States Magistrate Judge for the Southern District of New York, granted.

20. In the interim, Mr. Duboulay and I have had discussions regarding a possible pre-trial disposition of this case on multiple occasions, beginning on May 20, 2021 and continuing to the present. The discussions have not completed, and Mr. Duboulay and I plan to continue the discussions but do not anticipate a resolution to them before the deadline under the Speedy Trial Act expires on October 21, 2022.

21. Therefore, the Government is requesting a continuance until November 21, 2022, to continue the foregoing discussions and reach a pre-trial disposition of this matter. The Government most recently confirmed Mr. Duboulay's consent to this request on or about September 8, 2022.

22. For the reasons stated above, the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated:   New York, New York
         October 21, 2022

*Thomas John Wright*
_____
THOMAS JOHN WRIGHT
ASSISTANT UNITED STATES ATTORNEY
(212) 637-2295